UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO CASTILLO,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN D'AGOSTINI,<br><br>    Respondent. | No. 2:19-cv-1626 KJM CKD P<br><br><br>ORDER |

Petitioner, a California pretrial detainee proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2019, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 25, 2019 are adopted in full;

2. Petitioner's petition for a writ of habeas corpus is summarily dismissed;

3. This case is closed; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: October 30, 2019.

_____
UNITED STATES DISTRICT JUDGE